AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:26-mj-48 |
| | ) | |
| David Varela, | ) | |
| | ) | |
| Defendant(s) | ) | |

**FILED**
FEB 1 2 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 5, 2026** in the county of _____ in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution. |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kevin M. Comstock

Complainant's signature

FBI Special Agent Connor P. Maguire
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/12/2026

*Judge's signature*

City and state: Norfolk, Virginia

Hon. Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*